

**Mintzer Sarowitz Zeris Ledva & Meyers LLP**

17 West John Street
Suite 200
Hicksville, NY 11801
Tel: 516.939.9200
Fax: 516.939.9201

www.DefenseCounsel.com

E-mail: msloane@defensecounsel.com

File No. 006312.000004

March 9, 2021

**Via ECF**
Magistrate Judge Lois Bloom
United States District Court
Eastern District Of New York
225 Cadman Plaza E,
Brooklyn, NY 11201

                RE:    Flint v. MAC 57 PRODUCTS, INC.
                          20-cv-572 WFK-LB

Dear Magistrate Bloom:

      The parties have successfully negotiated a settlement of the above matter by way of mediation through mediator Anthony DiCaprio, Esq. The parties are awaiting the final execution of the closing and settlement documentation followed by payment of the settlement and completion of agreed to remediation.

                                  Respectfully Submitted,

                                  MARC D. SLOANE

MDS/mds
cc:    Parker Hanksi, LLC Via ECF

---

*Philadelphia, PA ● Pittsburgh, PA ● Cherry Hill, NJ ● New York, NY ● Hicksville, NY ● Wilmington, DE*
*Miami, FL ● Tampa, FL ● Jacksonville, FL ● Towson, MD (Serving Washington DC) ● Wheeling, WV*